FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:34 pm, May 12, 2022
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Mohammed Al Ghareeb, Plaintiff

v.

Board of Trustees at the University of Northern Colorado, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Mohammed Al Ghareeb, 2444 S Oakland Cir. Aurora CO. 80014.
  (Name and complete mailing address)

(720) 388 5945, mhalghareeb@yahoo.com

(Telephone number and e-mail address)

**B.      DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   **Board of Trustees at the University of Northern Colorado, 501 20th St, Greeley, CO 80639, United States**
(Name and complete mailing address)

+1 970-351-1890
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

**C.      JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States

Constitution that are at issue in this case.

_____

_____

_____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

D.     **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

## Background

My name is Mohammed Al Ghareeb and I am a former international student from the United Arab Emirates studying PhD in Applied Statistics and Research Methods at the University of Northern Colorado ("**UNC**"). I started the program in the Spring 2013 semester. After a chain of unfortunate events, I filed a federal lawsuit ("**Initial Lawsuit**") against the UNC in January 2019 on three bases: discrimination, retaliation, and breach of contract allegations. With the lack of legal representation, my case was dismissed around April 2020. I then hired a lawyer and appealed the case which was later dismissed again on March 17, 2021. In the meantime, UNC continued to show patterns of retaliation, abuse of power and even due process.

## Initial Lawsuit Background

To start, in the semester of Spring 2014, I faced my first issue with a professor, Dr. Trent Lalonde who showed discriminative attitudes towards me by grading my work differently than my groupmates. I then had an agreement with the School of Graduate and International Admission to not have further academic contact with Dr. Trent Lalonde in April 2015.

However, when I took my comprehensive exam (January 2017) which I needed to pass to graduate. Note that the students (including me) only have *two chances* to take the comprehensive exam to pass; otherwise, the student will be expelled from the program. I found out that there were several interventions from Dr. Trent Lalonde during the comprehensive exam:

1. Dr. Trent Lalonde participated in making and grading *a major* part of the comprehensive exam while the rest of the exam was created and graded by my advisor (Dr. Khalil Shafie), which was against the department's manual. The manual states that every professor is to write and grade questions for the classes they taught only. That being said, I should have had 4-5 professor create and grade my exam.

2.  Dr. Trent Lalonde was assigned as the faculty member to watch me which put me in an uncomfortable, unsafe (emotionally and mentally) and stressful environment. Note that I was the only PhD Statistics student taking the exam thus, *my work was not graded anonymously.*
3.  The exam is divided into two sections; Day one is the *Theory* part of the exam while day two is the *Method* part of the exam. During day one of the exam, I was assigned by Dr. Trent Lalonde a Methods question which caused disruption and anxiety since I was only prepared for the Theory section as I was instructed.
4.  The results of the exam indicated that I failed part 1 of the exam (the Theory part). A question on the exam was directly taken from a midterm (with another professor) and Dr. Trent Lalonde failed me on the exam's question, but I got a 100% on the midterm's question. Interestingly, I answered the question the same on both the midterm and the comprehensive exam.

For the next two years, I tried to discuss the misconducts with the university and met with several personnel until I was able to reach the president, Dr. Andrew Feinstein by email in January 2019. I explained to the president the entire situation and stated that Linda Black (Dean of Graduate School and International admissions) was not willing to cooperate with me and was pressuring me to retake the exam despite the misconducts I reported. I explained that retaking the exam seemed unfair to me because of the situation I was put in. The president without responding to me, forwarded my email to Linda Black. Link Black contacted me again on January14, 2019 and told me that there is no other solution for me and told me to retake the comprehensive exam.

After I exhausted all of my resources in the University of Northern Colorado, I thought that I had no choice but to file a lawsuit against my university. On January 28th, 2019, I filed an initial lawsuit as a Pro Se plaintiff in the federal court against my university to highlight these incidents. After I filed the lawsuit, my advisor, Dr. Khalil Shafie kept insisting I re-take the exam even though I told him multiple times that I was trying to resolve this unjust issue. As a result, *my advisor stepped down from my committee and told me that he was not comfortable working with me*. In this case, I was being punished twice; first, by the chain of unfair events surrounding my exam and second, leaving me with no advisor towards the almost end of my academic career after I filed the initial lawsuit even though I had every right to sue them for their pattern of

misconduct.

My initial lawsuit was dismissed because I was missing direct proof of discrimination. The retaliation complaint was also dismissed because it was connected to the discrimination case. As for the breach of contract, I was told that it should have been filed in a district court instead. I appealed my case, but it was dismissed on March 17, 2021.

**Further to the Initial Lawsuit**

The university later demonstrated further misconduct by abusing their power/authority in regard to my legal status as an international student (F-1 Visa; sponsored by UNC)**.** Having this visa requires me to be registered at the university as long as I am in the US. That being said, since my advisor, Dr. Khalil Shafie withdrew from my committee after I filed the initial lawsuit, I was unable to register for Spring 2020. I, therefore, emailed the Dean of the Graduate School & Associate Provost at the time, Dr. Cindy Wesley, and she stated that this was in no way my fault and asked the Associate Dean of my college, Dr. Corey Pierce to register me so that I can continue to be legal in the US for the semester. I filled out the proper documents and got approved. The university sent me a confirmation email stating that I will be registered using a "Reduced Course Load" Form and that the department of Homeland security was notified to process my SEVIS (Student and Exchange Visitor Program), thus, making me legally residing in the US.

Later in the semester (May 15th, 2020), however, I received an email from the University of Northern Colorado declaring that I am illegally residing in the country because I am not registered in the University and that my SEVIS was terminated. I was informed that I should leave the county with my family members who are dependents on my visa or get deported. Luckily, I was already out of the country due to COVID-19. I emailed Dr. Cindy Wesley and Dr. Cory Pierce as well as the international student department. Dr Pierce responded to let me know that from his understanding, Dr. Wesley was handling my request. I still have not received a response from Dr. Wesley.

This incident shows that either I was deceived, or that the Department of Homeland security was deceived. The contradictions of this incident put me in a very tough spot. As a result, my SEVIS (required approval for me to be in the country) was not updated and I was unable to return to the US with my university's visa (I am now back on a different visa). Since I was unable to return on my university's visa, I was unable to address the breach of contract allegation

in court nor was I able to retake my comprehensive exam. I believe the university was trying to push me out of the country using the immigration card.

### Seeking Financial Relief

Since I have exhausted all of my resources and opportunities with this university; I am now seeking financial relief to cover the damages these incidents have caused me. I have lost my scholarship, a major job opportunity, as well as many years of academic hard work that lead to nowhere. My family and I have been under constant stress and fear. I am seeking a relief of US$ five million due to the financial losses and the emotional damage imposed on me and my family.

### Conclusion

To conclude, the University of Northern Colorado has put me in a pattern of abusive behavior and constant stress and a major financial and time loss. I seek to get justice for this chain of events. As a result, I am now filing a lawsuit for due process, retaliation and abuse of power.

### CLAIM ONE: Retaliation

This claim incorporates all previous allegations. The University of Northern Colorado retaliated against me and threatened my immigration status because I filed an Initial Lawsuit against the University of Northern Colorado in January of 2019.

### Supporting Facts:

The University of Northern Colorado demonstrated further misconduct by retaliating against me for filing the initial lawsuit. They did so by failing to register me for the Spring 2020 semester (despite confirming that they will) and therefore, affecting my legal status as an international student (F-1 Visa; sponsored by UNC)**.** Having this visa requires me to be registered at the university as long as I am in the United States. That being said, since my advisor, Dr. Khalil Shafie withdrew from my committee after I filed the initial lawsuit, I was unable to register for Spring 2020. I, therefore, emailed the Dean of the Graduate School & Associate Provost at the time, Dr. Cindy Wesley, and she stated that this was in no way my fault and asked the Associate Dean of my college, Dr. Corey Pierce to register me so that I can continue to be legal in the US for the semester. I filled out the proper documents and got

approved. The university sent me a confirmation email stating that I will be registered using a "Reduced Course Load" Form and that the Department of Homeland security was notified to process my SEVIS (Student and Exchange Visitor Program), thus, making me legally residing in the US.

Later in the semester (on May 15th, 2020), however, I received an email from the University of Northern Colorado declaring that I am illegally in the United States because I am not registered in the University and that my SEVIS was terminated. I was informed that I should leave the county with my family members who are dependents on my visa or get deported. Luckily, I was already out of the country due to COVID-19. I emailed Dr. Cindy Wesley and Dr. Cory Pierce as well as the international student department and still have not received a response.

This incident shows that either I was deceived, or that the Department of Homeland security was deceived. The contradictions of this incident put me in a very tough spot. As a result, my SEVIS (required approval for me to be in the country) was not updated and I was unable to return to the US with my university's visa (I am now back on a different visa). Since I was unable to return on my university's visa, I was unable to address the breach of contract allegation in court nor was I able to retake my comprehensive exam.

> 1- Pattern: UNC has a pattern of retaliatory behavior against me. In the initial lawsuit filed by me in 2019, I allege that Dr. Shafie withdrew from my committee and as my advisor after I filed the initial lawsuit to retaliate against me. In an email he sent to me, he stated that he was "*not comfortable working with me.*" Allegations from the initial lawsuit serve as an example of prior incidents where UNC retaliated against me; merely to show pattern and not for the purpose of double jeopardy.

> 2- Not registering me for the semester of Spring 2020: After I filed my initial lawsuit, and after Dr. Shafie withdrew from my committee and stepped down as my advisor, I was unable to register for classes and thus progress in my academic career. When I sought assistance from Dr. Wesley, and per her instructions sought assistance from Dr. Pierce, I was deceived into thinking that UNC was willing to register me for Spring 2020, however, they did not. They retaliated against me by pushing me out of the program through my immigration status. Despite Dr. Wesley confirming that the lack of an advisor to register me is "not my fault".

8

3-Terminating my SEVIS (F-1 Student Visa): the termination of my SEVIS meant that I no longer had a valid student visa that can let me and my family (who are my visa dependents) back into the United States. This incident had effected the education of myself, my wife (who is also a PhD student in Colorado) and my two children who's visas depended on mine as we could not have returned to our schools.

4-Unable to refile the Breach of Contract case in the proper court: further to the termination of my SEVIS and my inability to come back to the United States, I was also unable to refile the Breach of Contract claim from my initial lawsuit in the appropriate court. I was therefore deprived of the opportunity to file a Breach of Contract claim and given the chance to have my case heard in the right court.

5-Not being provided with an alternative and committed advisor: after Dr. Shafie withdrew from my committee and stepped down as my advisor, I was no longer able to seek academic advice, nor continue working on my dissertation in order to progress in my academic program. Since I had no academic advisor, I had to depend on Mr. Pierce to register for classes and continue to be an enrolled student at the university.

6- Not able to retake the comprehensive exam nor continue working on my dissertation: Furthermore, the retaliatory behavior of not registering me in Spring 2020 and thus terminating my SEVIS has also ruined my chance of retaking the comprehensive exam and working on my dissertation. My academic career was then sabotaged as a result of the retaliation against me.

**CLAIM TWO: Abuse of Power**.

This claim incorporates all previous allegations. The University of Northern Colorado abused their power by failing to register me for the Spring 2020 semester despite confirming that they will and despite them knowing that me legal status in the US depended on the F-1 Visa they sponsored.

**Supporting Facts:**

Having this visa requires me to be registered at the university as long as I am in the United States. That being said, since my advisor, Dr. Khalil Shafie withdrew from my committee after I filed the initial lawsuit, I was unable to register for Spring 2020. I, therefore, emailed the Dean of the Graduate School & Associate Provost at the time, Dr. Cindy Wesley, and she stated that this was in no way my fault and asked the Associate Dean of my college, Dr. Corey Pierce to register me so that I can continue to be legal in the US for the semester. I filled out the proper documents and got approved. The university sent me a confirmation email stating that I will be registered using a "Reduced Course Load" Form and that the Department of Homeland security was notified to process my SEVIS (Student and Exchange Visitor Program), thus, making me legally residing in the US.

Later in the semester (on May 15th, 2020), however, I received an email from the University of Northern Colorado declaring that I am illegally in the United States because I am not registered in the University and that my SEVIS was terminated. I was informed that I should leave the county with my family members who are dependents on my visa or get deported. Luckily, I was already out of the country due to COVID-19. I emailed Dr. Cindy Wesley and Dr. Cory Pierce as well as the international student department and still have not received a response.

This incident shows that either I was deceived, or that the Department of Homeland security was deceived. The contradictions of this incident put me in a very tough spot. As a result, my SEVIS (required approval for me to be in the country) was not updated and I was unable to return to the US with my university's visa (I am now back on a different visa). Since I was unable to return on my university's visa, I was unable to address the breach of contract allegation in court nor was I able to retake my comprehensive exam.

1- Pattern: UNC has a pattern of abusing its power against me. In the initial lawsuit filed by me in 2019, I discuss the pattern of misconduct used against me. UNC did not cooperate with me when I needed fair judgment in regard to the comprehensive exam and used their power to pressure me to retake the comprehensive exam. Dr. Khalil used his power to sabotage my academic career by withdrawing from my committee and stepping down as my advisor towards almost the end of my academic career. Allegations from the initial lawsuit serve as an example of prior incidents where UNC used its power against me; merely to show a pattern and not for the purpose of double jeopardy.

2- UNC abused its power against me when they told me that they would register me so I can legally reside in the US with my family and progress my academic career. Their failure to do so despite confirming that they will and despite them knowing that me legal status in the US depended on the F-1 Visa they sponsored, has wrongfully terminated my SEVIS.

**CLAIM THREE: Due Process** (Fourteenth Amendment)

This claim incorporates all previous allegations. The University of Northern Colorado failed to provide me with my Due Process right as a person who is enrolled in a federal entity.

**Supporting Facts:**

The Due Process law states that "*No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws*." (The Fourteenth Amendment of the United States.

A governmental entity by law, is expected to respect all the legal rights owed to a person. My rights were not respected when my SEVIS was wrongfully terminated because of the deceiving incident UNC imposed on me. Failing to register me for the Spring 2020 semester (despite confirming that they will) and therefore, affecting my legal status as an international student (F-1 Visa; sponsored by UNC), violated my right as a person enrolled in the university.

1- Having an F-1 visa requires me to be registered at the university as long as I am in the United States. That being said, since my advisor, Dr. Khalil Shafie withdrew from my committee after I filed the initial lawsuit, I was unable to register for Spring 2020. I, therefore, emailed the Dean of the Graduate School & Associate Provost at the time, Dr. Cindy Wesley, and she stated that this was in no way my fault and asked the Associate Dean of my college, Dr. Corey Pierce to register me so that I can continue to be legal in the US for the semester. I filled out the proper documents and got approved. The university sent me a confirmation email stating that I will be registered using a "Reduced Course Load" Form and that the Department of Homeland security was notified to process my SEVIS (Student and Exchange Visitor Program), thus, making me legally residing in the US.

2- Later in the semester (on May 15th, 2020), however, I received an email from the University of Northern Colorado declaring that I am illegally in the United States because I am not registered in the University and that my SEVIS was terminated. I was informed that I should leave the county with my family members who are dependents on my visa or get deported. Luckily, I was already out of the country due to COVID-19. I emailed Dr. Cindy Wesley and Dr. Cory Pierce as well as the international student department and still have not received a response.

3- This incident shows that either I was deceived, or that the Department of Homeland security was deceived. The contradictions of this incident put me in a very tough spot. As a result, my SEVIS (required approval for me to be in the country) was not updated and I was unable to return to the US with my university's visa (I am now back on a different visa).

### E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

1. Lost wages
2. Lost opportunity costs
3. Payment suffering
4. A jury

**F.     PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
   (Plaintiff's signature)

_____5/12/2022_____
   (Date)


(Form Revised December 2017)