IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01188-MEH

MOHAMMED AL GHAREEB,

Plaintiff,

v.

BOARD OF TRUSTEES AT THE UNIVERSITY OF NORTHERN COLORADO

Defendant.

# JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 30, issued on November 3, 2022] of Magistrate Judge Michael E. Hegarty GRANTING the Defendants' Motion to Dismiss [ECF 13, filed July 12, 2022] which order is incorporated by reference, it is

ORDERED Final Judgment shall be entered IN FAVOR Defendant Board of Trustees at the University of Northern Colorado, and, AGAINST the Plaintiff Mohammed Al Ghareeb, on all claims for relief and causes of action asserted in this case and the Plaintiff's Amended Complaint is dismissed without leave to amend.

Dated at Denver, Colorado, this 3rd day of November, 2022.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By *s/ C. Thompson*
Christopher Thompson
Deputy Clerk